1

**HOLDEN WILLITS PLC**
Two North Central Avenue, Suite 1760
2 Phoenix, Arizona  85004
Telephone (602) 508-6210
3 Facsimile (602) 508-6211

4 Michael J. Holden (Arizona State Bar No. 006361)
    mholden@holdenwillits.com
5 Nelson A. F. Mixon (Arizona State Bar No. 028882)
    nmixon@holdenwillits.com

6 **SHEPPARD MULLINS RICHTER & HAMILTON LLP**
70 West Madison Street, Suite 4800
7 Chicago, Illinois 60602
Telephone (312) 499-6300
8 Facsimile (312) 499-6301

9 David S. Almeida (admitted *pro hac vice*)
    dalmeida@smrh.com
10 Mark S. Eisen (admitted *pro hac vice*)
    meisen@smrh.com

11 Attorneys for Prime Acceptance Corp.

12 UNITED STATES DISTRICT COURT

13 DISTRICT OF ARIZONA

| | |
|---|---|
| 14 Troy Barrera, individually and on behalf of all others similarly situated; | Case No. 3:16-cv-08123-JJT |
| 16 Plaintiff, | **NOTICE OF SETTLEMENT** |
| 17 v. | (Assigned to the Hon. John Tuchi) |
| 18 Prime Acceptance Corp., a Utah Corporation; | |
| 19 Defendant. | |

20

21

22          NOTICE IS HEREBY GIVEN that the parties have reached a settlement in this

23 matter, and have agreed upon the form and terms of a settlement agreement.  Defendant

24 estimates that a stipulation to dismiss this matter will be filed within two weeks.

25

1

1          DATED this 23rd day of August, 2016.

2

3                                                    **HOLDEN WILLITS PLC**

4                                                    By: /s/Nelson A. F. Mixon
                                                          Michael J. Holden
5                                                         Nelson A. F. Mixon

6
                                                     **SHEPPARD MULLINS RICHTER &**
7                                                    **HAMILTON LLP**

8                                                          David S. Almeida
                                                          Mark S. Eisen
9

10                                                   Attorneys for Prime Acceptance Corp.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                     2

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on this 23rd day of August, 2016, I electronically transmitted

4   the foregoing document to the Clerk's Office using the CM/ECF System for filing and

5   transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

6

7                          Steven L. Woodrow
                         Woodrow & Peluso, LLC
8                    3900 East Mexico Avenue, Suite 300
                         Denver, Colorado 80210
9                     swoodrwow@woodrowpeluso.com
                          *Attorneys for Plaintiff*

10

11                          Steven J. German
                          Scott B. Seymann
12                       Adelman German, PLC
                          8245 North 85th Way
13                     Scottsdale, Arizona 85258
                       steve@adelmangerman.com
14                        *Attorneys for Plaintiff*

15

16

17

18   /s/ Claudette B. Henry

19

20

21

22

23

24

25

3