Steven J. German - State Bar No. 014789
Scott B. Seymann – State Bar No. 027215
**ADELMAN GERMAN, P.LC.**
8245 North 85th Way
Scottsdale, Arizona 85258
Telephone (480) 607-9166
Facsimile (480) 607-9031
steve@adelmangerman.com

*Additional Attorneys for Plaintiff*
*Appear on Signature Line*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| TROY BARRERA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PRIME ACCEPTANCE CORP., a Utah corporation,<br><br>*Defendant.* | Case No. 3:16-cv-08123-JJT<br><br>**NOTICE OF DISMISSAL** |

TAKE NOTICE that Plaintiff Troy Barrera ("Plaintiff" or "Barrera") dismisses this lawsuit against Prime Acceptance Corp. ("Defendant" or "Prime Acceptance") with prejudice as to Barrera's individual claims and without prejudice as to the claims of any putative, unidentified class members.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

1

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>
> (ii) a stipulation of dismissal signed by all parties who have appeared.
>
> (B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendant has neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) with prejudice as to Barrera's individual claims and without prejudice as to the claims of any putative, unidentified class members.

Respectfully Submitted,

Respectfully Submitted,

**TROY BARRERA**, individually and on behalf of all others similarly situated,

By: ____/s/ *Steven L. Woodrow*
    One of Plaintiff's Attorneys

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ADELMAN GERMAN, P.L.C.**
Steven J. German - State Bar No. 014789
Scott B. Seymann – State Bar No. 027215
8245 North 85th Way
Scottsdale, Arizona 85258

Steven Woodrow*
**Woodrow & Peluso, LLC**
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0675
Email: swoodrow@woodrowpeluso.com


* *pro hac vice*


*Attorneys for Plaintiff*